# Exhibit 3



# Auto Claims
# Continuing Education

*Certificate of Completion is Awarded to*

*for the successful completion of the*

# Negotiating Skills For The Claims Professional

Trainer's Signature
date

Instructions: Original to Employee
    1. Copy to Division Shield
    2. Copy to Regional Office Personnel Sheild

Printed in U.S.A.
161-5409

# Training Program Leader's Guide

**Title**

Negotiating Skills For The
Claims Professional — III

**Time**

3½ Hours

**Purpose**

To make an offer in a way that will begin the process of adjusting the Attorney's expectation downward

**Handout items**

- Workbook
- Evaluator
- Negotiator Case
- Negotiator Instructions
- Attorney Instructions
- Observer Instructions

**Equipment**

- Chart Pad
- Screen
- 35mm Slide Projector
- Video Player
- Video Monitor

# Do

Slide No. 28

Slide — Blank
Evaluator

**Workbook**
Proceed to give the necessary figures and explanation so that the participant will have a completed planner for the Booth case.

# Say

Our objectives for this phase are two-fold:

1. To make an offer that is consistent with our evaluation of the case and the Attorney.
2. To begin the process of adjusting the Attorney's expectation downward.

Before we make any contact, it's important to get organized. All of the essential information and projections should be on one page — it's a confidence builder. The format we suggest is at the end of the "Case" section in your workbook. Please turn to it, and we will fill in the blanks, based upon the documents that precede it.

Now that we have the planning in place, let's look at the psychology of this stage.

N-I-1

# Do

Slide No. 29
Take Control

Slide — Blank

Pad
Power

Slide No. 30
There's no such thing ok
as . . .

Slide — Blank

# Say

It's often said that we negotiate from a position of strength. Control flows out of our power position — not bombast.

Power is the ability to control.

I read this statement somewhere, and I wonder how you react to it?

Suggested responses:

- It's only in the head of the person to whom you relate
- Power doesn't last for any extended period of time
- Power is mysterious
- Power seems to derive from a lot of externals

You can never foretell what any one individual will do, but you can predict, with surprising accuracy what the average Attorney will do.

N-I-2

# Do

Pad
80/20
Pareto

**Slide No. 31**
Indicia

# Say

Has anyone heard of the 80/20 rule?

A man by the name of Pareto propounded the rule that says:

- 80% of sales come from 20% of salesmen
- 80% of sales come from 20% of the customers
- 80% of value is in 20% of inventory
- 80% of action occurs in the last 20% of the time available

Since negotiation is an art form not a science — we play percentages.

You should be able to predict reaction and outcome with over 80% accuracy.

We need to be aware of the power we have:

- Legitimacy — The public recognizes the innate power of the insurance company and responds instinctively to its dicta, just as it does with a "Stop" sign.
- Questioner — the person doing the questioning relegates to himself automatic power.
- Position — s(he) who has control of the dollars is in a position of power!

N-I-3

## Do

## Say

- Knowledge — the claim rep who has the superior knowledge of:

  - the law
  - details of the accident
  - coverage
  - Attorney "leaks"
  - verdict range
  - experience

  possesses the greater power.

- Time — It's always a power advantage to choose the precise time for interaction and negotiation because preparation is strength.
- Silence — when we are interacting, prolonged silence on the part of one of the parties, will make the other real nervous!
- Competition — the claim rep can derive power by a subtle reminder how "other" Attorneys operate. The need to belong is very strong.
- Reward and punish — The claim rep has the power to pay or deny.
- Effort — energy and action are the vestments of power.
- Personal Ambition — It cannot be masked, and it signals a drive that translates into power.
- Negotiating Skills — Attorneys will attempt to take more negotiation liberties with the unskilled.

N-I-4

# Do

Slide — Blank

Pad
Power Principles

Pad
Process

Pad
Expectations
Clarify

# Say

Here are some power principles that will work for you most of the time:

- If you are in a position of power, **use it!**
- If you are in a position of **no** power, delay.
- Power and expectation erode with time.

The process of negotiation is as follows:

- There is an exchange of information
- The development of expectations
- Agreement on settlement

Attorneys usually have a well-developed set of expectations that they bring to every negotiation. The satisfaction of these needs is vital:

Some of the more common ones:

The need to:

- Feel Competent
- Avoid Risk
- Look Good

- Relieved from Detail
- Get it Over With
- Considered Fair

N-I-5

## Do

### Say

While an Attorney will readily reveal **wants**, he will seldom openly reveal his **needs**.

Careful listening and questioning will usually flush the more important ones! These can usually be served up in the negotiation without a $ expenditure.

Pad
Offer

Our offer is the product of the assumptions we have made from the questioning and tests applied during the Contact and Information stages.

Pad
Serious

It's **essential** that our offer be immediately recognized as a serious one by the Attorney for maximum impact; if it is not, then the entire negotiating climate will instantly change and interfere with the process. It must be serious enough to make the Attorney ask himself, "Where did I go wrong on my estimate?"

N-I-6