Exhibit 2

Forensic/Medical Case Management
EIN: 36-4510210

37637 Five Mile Rd., #399
Livonia, MI 48154
Phone: 734-591-1826
Fax: 734-591-1836
managedcareplus@comcast.net

**DATE OF INVOICE**: 8/15/10

CLIENT: Glynn Akins
DATE OF LOSS: 9/04/05

REPORT DATE: 8/13/10
MCP FILE No: 06-1015

CLAIM: 22-K338948
INSURANCE CARRIER: State Farm Insurance Co.
CLAIMS ADJUSTER: Ruth Tuttle
ADDRESS/PHONE: PO Box 2361
                          Bloomington, IL  61702-9738

REFERRAL SOURCE: Client
REFERRAL DATE: 2/22/06

ATTORNEY: Karen Seder, Esq.
PCM: Cindy Keifer RN, CCM

DIAGNOSE(S): Closed head injury, left hemopneumothorax with chest tube placement, left flail chest ribs 2-8 with fractured ribs 2-10, bilateral tibia and fibular fractures with open fracture on the left with emergency fasciotomy and intramedullary nailing, splenic laceration with emergency laparotomy and splenectomy, left acetabular fracture, scalp laceration, clavicular fracture, intraparenchymal contusions.

<u>**INVOICE FOR PROFESSIONAL CASE MANAGEMENT SERVICES**</u>

6/18 thru 8/13/10:   Case Management Services   AR #17 ...........4.75  hrs................... $  522.50
**Under paid as billed by State Farm as of  7/29/10:**................................................ **$ 1705.40**

                                        **TOTAL NOW DUE:**     $   2227.90

                         **FINAL REPORT/ INVOICE**

*Please make check payable to:* ***MANAGED CARE PLUS***

*All fees are due and payable upon receipt of this enclosed requested report and itemized billing.*

*Thank You!*

Billed to SF
8/18/10

Per the Michigan No Fault Law, any claim for personal injury protection benefits which is supported by reasonable proof, is overdue if not paid within 30 days after it is received in your offices.  Interest accrues each day after the 30th day until the date of payment, at a rate of 12% per annum.

| DATE | CASE MANAGEMENT ACTIVITY | BILLABLE HOURS |
|---|---|---|
| 6/28/10 | PCM, Glynn and Marlow attended a scheduled appointment with Dr. Belen | 3.75 |
| 7/21/10 | PCM talked with Marlow  He said that Glynn is about the same.  He is struggling about not being able to | 0.25 |
|  | do things by himself.  He continues to have anger/aggression as well as depression.  He continues to see |  |
|  | the psychotherapist on a regular as well as Dr. Shiener. |  |
| 8/13/10 | PCM talked with Marlow.  I told him that I was closing Glynn's case at this time.  I also encouraged him | 0.25 |
|  | to call MCP, number given, if they had any problems.  I reminded him about the appointments in October |  |
|  | and how important it is to continue with his treatment regime.  I told him that I was going on leave and that |  |
|  | it had been a pleasure working with them.  I reinforced the availability of MCP if they developed problems. |  |
| 8/13/10 | Case management report completed and turned over to MCP. | 0.5 |
|  |  |  |
|  | Total case management hours | 4.75 |

**Managed Care Plus**

Forensic/Medical Case Management
EIN: 36-4510210

37637 Five Mile Rd., #399
Livonia, MI 48154
Phone: 734-591-1826
Fax: 734-591-1836
managedcareplus@comcast.net

**DATE OF INVOICE:** 6/22/10

**CLIENT:** Glynn Akins
**DATE OF LOSS:** 9/04/05

**REPORT DATE:** 6/17/10
**MCP FILE No:** 06-1015

**CLAIM:** 22-K338948
**INSURANCE CARRIER:** State Farm Insurance Co.
**CLAIMS ADJUSTER:** Ruth Tuttle
**ADDRESS/PHONE:** PO Box 2361
                    Bloomington, IL  61702-9738

**REFERRAL SOURCE:** Client
**REFERRAL DATE:** 2/22/06

**ATTORNEY:** Karen Seder, Esq.
**PCM:** Cindy Keifer RN, CCM

**DIAGNOSE(S):** Closed head injury, left hemopneumothorax with chest tube placement, left flail chest ribs 2-8 with fractured ribs 2-10, bilateral tibia and fibular fractures with open fracture on the left with emergency fasciotomy and intramedullary nailing, splenic laceration with emergency laparotomy and splenectomy, left acetabular fracture, scalp laceration, clavicular fracture, intraparenchymal contusions.

## INVOICE FOR PROFESSIONAL CASE MANAGEMENT SERVICES

2/27 thru 6/17/10:   Case Management Services   AR #16 ..........8.85  hrs.................   $ 973.50
**Under paid as billed by State Farm as of  3/18/10:**.............................................   **$ 901.10**

                              **TOTAL NOW DUE:**          **$ 1874.60**

*Please make check payable to:* ***MANAGED CARE PLUS***

*All fees are due and payable upon receipt of this enclosed requested report and itemized billing.*

*Thank You!*

Billed to SF
6/22/10 (MW)

Ⓡ

Per the Michigan No Fault Law, any claim for personal injury protection benefits which is supported by reasonable proof, is overdue if not paid within 30 days after it is received in your offices.  Interest accrues each day after the 30th day until the date of payment, at a rate of 12% per annum.

| DATE | CASE MANAGEMENT ACTIVITY | BILLABLE HOURS |
|---|---|---|
| 3/14/10 | PCM talked with Marlow. He said things were going OK. He said that the weather continues to cause pain in Glynn's leg and sometimes he won't want to do anything for several. He continues psychotherapy with Dr. Sewicks group. He continues to see Dr. Shiener | 0.25 |
| 4/12/10 | PCM called and left a message for Marlow about the appointment with Dr. Belen tomorrow. | 0.1 |
| 4/13/10 | PCM received a call from Marlow stating Glynn did not feel good and they wanted to reschedule the appointment with Dr. Belen. I told him I would handle it and let him know the new date. | 0.25 |
| 4/21/10 | PCM Glynn, and Marlow attended a scheduled appointment with Dr. Emmer typing error, extra line--------------------------------------------------------------------------------ck. headaches continue to be under control. They are doing more and going more. He continues to want to return to school and take classes in electronics. | 3.75 |
| 4/26/10 | PCM, Glynn and Marlow attended a scheduled appointment with Dr. Belen | 3.75 |
| 5/24/10 | PCM talked with Marlow. He said that since the weather is warmer, Glynn has not had as much discomfort in his leg. His headaches remain under control. No mention of nausea. I told him to call if they needed anything. | 0.25 |
| 6/17/10 | Case management report completed | 0.5 |
|  |  |  |
|  | Total case management hours | 8.85 |

**Managed Care Plus**

Forensic/Medical Case Management
EIN: 36-4510210

37637 Five Mile Rd., #399
Livonia, MI 48154
Phone: 734-591-1826
Fax: 734-591-1836
managedcareplus@comcast.net

**DATE OF INVOICE**: 11/10/09

CLIENT: Glynn Akins
DATE OF LOSS: 9/04/05

REPORT DATE: 11/6/09
MCP FILE No: 06-1015

CLAIM: 22-K338948
INSURANCE CARRIER: State Farm Insurance Co.
CLAIMS ADJUSTER: Ruth Tuttle
ADDRESS/PHONE: PO Box 2361
              Bloomington, IL 61702-9738

REFERRAL SOURCE: Client
REFERRAL DATE: 2/22/06

ATTORNEY: Karen Seder, Esq.
PCM: Cindy Keifer RN, CCM

DIAGNOSE(S): Closed head injury, left hemopneumothorax with chest tube placement, left flail chest ribs 2-8 with fractured ribs 2-10, bilateral tibia and fibular fractures with open fracture on the left with emergency fasciotomy and intramedullary nailing, splenic laceration with emergency laparotomy and splenectomy, left acetabular fracture, scalp laceration, clavicular fracture, intraparenchymal contusions.

<u>**INVOICE FOR PROFESSIONAL CASE MANAGEMENT SERVICES**</u>

6/25 thru 11/6/09:  Case Management Services  AR #14 ...........12.6  hrs.................. $ 1386.00
**Under paid as billed by State Farm as of 7/30/09**:............................................... $  515.50

                                   **TOTAL NOW DUE:**        **$ 1901.50**

*Please make check payable to:* ***MANAGED CARE PLUS***

*All fees are due and payable upon receipt of this enclosed requested report and itemized billing.*

*Thank You!*

Bell A L St-Fan
11/10/09 (rec)

Per the Michigan No Fault Law, any claim for personal injury protection benefits which is supported by reasonable proof, is overdue if not paid within 30 days after it is received in your offices. Interest accrues each day after the 30th day until the date of payment, at a rate of 12% per annum.

| DATE | CASE MANAGEMENT ACTIVITY | | BILLABLE HOURS |
|---|---|---|---|
| 7/13/2009 | PCM, Glynn and Marlow attended a scheduled appointment with Dr. Belen. | | 3.75 |
| 7/21/2009 | PCM scheduled a neuropsych on 8-10 and 11 with Dr. Sewick as directed by Dr. Belen. | | 0.25 |
| 7/21/2009 | PCM talked with Marlow.  He said that things are going well.  They continue to look for basic | | 0.25 |
| | electronic courses for Glynn to take this fall.  I told him about the dates of the Neuropsych as well | | |
| | as reviewing the dates for Drs. Belen and Emmer. | | |
| 8/31/2009 | PCM, Glynn and Marlow attended a scheduled appointment with Dr. Belen. | | 3.75 |
| 9/8/2009 | PCM talked with Marlow.  I told him that I could not attend the appointment with Dr. Emmer due to | | 0.25 |
| | illness.  He said Glynn's headaches are slightly less at this time, but still severe.  Medication helps | | |
| 10/12/2009 | PCM, Glynn and Marlow attended a scheduled appointment wit dr. Belen | | 3.75 |
| 11/2/2009 | PCM left a VM for Marlow requesting a status report. | | 0.1 |
| 11/6/2009 | Case management report completed | | 0.5 |
| | | | |
| | Total case management hours | | 12.6 |

**Managed Care Plus**

Forensic/Medical Case Management
EIN: 36-4510210

37637 Five Mile Rd., #399
Livonia, MI 48154
Phone: 734-591-1826
Fax: 734-591-1836
managedcareplus@comcast.net

**DATE OF INVOICE**: 6/25/09

CLIENT:  Glynn Akins
DATE OF LOSS: 9/04/05

REPORT DATE:  6/24/09
MCP FILE No:  06-1015

CLAIM:  22-K338948
INSURANCE CARRIER: State Farm Insurance Co.
CLAIMS ADJUSTER: Ruth Tuttle
ADDRESS/PHONE: PO Box 2361
                   Bloomington, IL  61702-9738

REFERRAL SOURCE:  Client
REFERRAL DATE: 2/22/06

ATTORNEY: Karen Seder, Esq.
PCM:  Cindy Keifer RN, CCM

DIAGNOSE(S): Closed head injury, left hemopneumothorax with chest tube placement, left flail chest ribs 2-8 with fractured ribs 2-10, bilateral tibia and fibular fractures with open fracture on the left with emergency fasciotomy and intramedullary nailing, splenic laceration with emergency laparotomy and splenectomy, left acetabular fracture, scalp laceration, clavicular fracture, intraparenchymal contusions.

## INVOICE FOR PROFESSIONAL CASE MANAGEMENT SERVICES

3/1 thru 6/24/09:   Case Management Services   AR #13 ..........9.1  hrs..................... $ 1001.00

**Unpaid as billed by State Farm as of  4/3/09:**...................................................... **$333.50**

_____

                               **TOTAL NOW DUE:**       **$ 1334.50**

*Please make check payable to:*  **MANAGED CARE PLUS**

*All fees are due and payable upon receipt of this enclosed requested report and itemized billing.*

*Thank You!*

Billed to SF
6/25/09 (dw)

Per the Michigan No Fault Law, any claim for personal injury protection benefits which is supported by reasonable proof, is overdue if not paid within 30 days after it is received in your offices.  Interest accrues each day after the 30th day until the date of payment, at a rate of 12% per annum.

Jun 24 09 03:01p      Cindy Keifer RN, CCM                        810-953-3171          p.2

**MANAGED CARE PLUS**          CASE MANAGEMENT BILLING LOG # 13      Client Name:  Akins, Glynn
                                                                    MCP #06-1015
                                                                    Case Mgr: Cindy Keifer RN, CCM

| DATE | CASE MANAGEMENT ACTIVITY | BILLABLE HOURS |
|---|---|---|
| 3/18/2009 | PCM talked with Marlow. He said that Glynn was doing about the same. No complaints offered | **0.25** |
| 4/6/2009 | PCM called Dr. Belen's office requesting the results of the EMG done on Friday. Donna, secretary) | 0.25 |
| | said that he had not shown up. I rescheduled and will call Marlow. | |
| 4/6/2009 | PCM left VM for Marlow requesting a call back for status update and new appointment. | 0.1 |
| 4/21/2009 | PCM received a VM from Marlow requesting a call back concerning medications. | |
| 4/22/2009 | PCM left a VM with claims rep requesting a call back regarding his medications. | |
| 4/22/2009 | PCM talked with Marlow. I told him that I had left a VM for the claims rep. regarding the medication | 0.25 |
| | a so discussed his progress in getting into school. He said that Glynn was looking into several clas | |
| | and I told him that it was very important for him to help Glynn follow through with that. I explained | |
| | that it will help us in determining if there are cognitive needs. | |
| 5/3/2009 | PCM called and reminded Marlow of the appointment with Dr. Belen and the EMG at 10:30 | |
| 5/4/2009 | PCM Glynn and Marlow attended a scheduled apoointment with Dr. Belen. | 3.75 |
| 5/18/2009 | PCM Glynn and Marlow attended a scheduled appointment with Dr. Emmer | 3.75 |
| 6/10/2009 | PCM talked with Marlow. He said that Glynn was excited about the art class that had been | 0.25 |
| | selected. He said that his headaches are unchanged and his Axert does work. | |
| 6/24/2009 | Case management report completed. | 0.5 |
| | | |
| | Total case management hours | 9.1 |

Page 1 of 5

Forensic/Medical Case Management
EIN: 36-4510210

37637 Five Mile Rd., #399
Livonia, MI 48154
Phone: 734-591-1826
Fax: 734-591-1836
managedcareplus@comcast.net

**DATE OF INVOICE**: 3/10/09

CLIENT:  Glynn Akins
DATE OF LOSS:  9/04/05

REPORT DATE:  2/28/09
MCP FILE No:  06-1015

CLAIM:  22-K338948
INSURANCE CARRIER: State Farm Insurance Co.
CLAIMS ADJUSTER: Ruth Tuttle
ADDRESS/PHONE: PO Box 2361
                    Bloomington, IL  61702-9738

REFERRAL SOURCE:  Client
REFERRAL DATE: 2/22/06

ATTORNEY: Karen Seder, Esq.
PCM:  Cindy Keifer RN, CCM

DIAGNOSE(S): Closed head injury, left hemopneumothorax with chest tube placement, left flail chest ribs 2-8 with fractured ribs 2-10, bilateral tibia and fibular fractures with open fracture on the left with emergency fasciotomy and intramedullary nailing, splenic laceration with emergency laparotomy and splenectomy, left acetabular fracture, scalp laceration, clavicular fracture, intraparenchymal contusions.

## INVOICE FOR PROFESSIONAL CASE MANAGEMENT SERVICES

12/1 thru 2/28/09:   Case Management Services   AR #12 ...........6.25  hrs..................... $ 687.50

**Unpaid as billed by State Farm as of  1/9/09**:....................................................... $233.50

**TOTAL NOW DUE:** $ 921.00

*Please make check payable to:*  **MANAGED CARE PLUS**

*All fees are due and payable upon receipt of this enclosed requested report and itemized billing.*

*Thank You!*

Billed to SF
3/10/09

**Per the Michigan No Fault Law, any claim for personal injury protection benefits which is supported by reasonable proof, is overdue if not paid within 30 days after it is received in your offices. Interest accrues each day after the 30th day until the date of payment, at a rate of 12% per annum.**

| DATE | CASE MANAGEMENT ACTIVITY | BILLABLE HOURS |
|---|---|---|
| 1/5/2008 | PCM received a call from Marlow asking what time the appontment with Dr. Belen was today. I told him that I did not have an appointment set. He said that he forgot to let me know when it was, I wa ill and unable to attend the last apointment. I asked about the vocational program and he said that he didn't know what was going on. I told him I would call and find out how the process is going. | 0.25 |
| 1/5/2008 | PCM talked with Barry Pearlman and Diane Hudson (coordinator for voc program). She said that Glynn has had the training for volunteer work at the animal shelter, but she did not know where tha was in the process. She will talk with Bob Nettleman who sets it up and with Glynn tomorrow abou it. | 0.25 |
| 1/14/2009 | PCM talked with Marlow. He said that Glynn had received his traininng for volunteering at the anim shelter. He will start on Monday. He still is waiting list for the humane society which is where he would prefer to work. Marlow said that they had moved and were almost settled. He said that Glyn continues to receive psychological counciling at Spectrum on a weekly basis. They are going to join a gym in their neighborhood. Dr. Belen has written a script for it. I told him that normally the client has to pay for it up from and then the bill and the order to the insurance. He said that it would not be a problem. | 0.25 |
| 2/13/2009 | Glynn and Marlow attended a scheduled appointment with Dr. Belen. | 5 |
| 2/13/2009 | PCM, Glynn, and Marlow attended a scheduled appointment with Dr. Emmer | |
| 2/28/2009 | Case management report completed | 0.5 |
| | | |
| | Total case management hours | 6.25 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## Managed Care Plus

Forensic/Medical Case Management
EIN: 36-4510210

37637 Five Mile Rd., #399
Livonia, MI 48154
Phone: 734-591-1826
Fax: 734-591-1836
managedcareplus@comcast.net

**DATE OF INVOICE**: 12/22/08

CLIENT: Glynn Akins
DATE OF LOSS: 9/04/05

REPORT DATE: 12/16/08
MCP FILE No: 06-1015

CLAIM: 22-K338948
INSURANCE CARRIER: State Farm Insurance Co.
CLAIMS ADJUSTER: Ruth Tuttle
ADDRESS/PHONE: PO Box 2361
Bloomington, IL 61702-9738

REFERRAL SOURCE: Client
REFERRAL DATE: 2/22/06

ATTORNEY: Nick Andrews, Esq.
PCM: Cindy Keifer RN, CCM

DIAGNOSE(S): Closed head injury, left hemopneumothorax with chest tube placement, left flail chest ribs 2-8 with fractured ribs 2-10, bilateral tibia and fibular fractures with open fracture on the left with emergency fasciotomy and intramedullary nailing, splenic laceration with emergency laparotomy and splenectomy, left acetabular fracture, scalp laceration, clavicular fracture, intraparenchymal contusions.

### INVOICE FOR PROFESSIONAL CASE MANAGEMENT SERVICES

9/19 thru 12/16/08: Case Management Services AR #11 ...........7.1 hrs...................... $ 781.00

| | |
|---|---|
| **TOTAL DUE:** | **$ 781.00** |
| Past Due thru 12/22/08: | $ 198.00 |
| **TOTAL NOW DUE:** | **$979.00** |

*Please make check payable to:* ***MANAGED CARE PLUS***

*All fees are due and payable upon receipt of this enclosed requested report and itemized billing.*

*Thank You!*

Billed to SF
12/22/08

Per the Michigan No Fault Law, any claim for personal injury protection benefits which is supported by reasonable proof, is overdue if not paid within 30 days after it is received in your offices. Interest accrues each day after the 30th day until the date of payment, at a rate of 12% per annum.

| DATE | CASE MANAGEMENT ACTIVITY | BILLABLE HOURS |
|---|---|---|
| 9/23/2008 | PCM called and left a VM for Barry Pearlman at Spectrum concerning him entering their vocational and community program as well as his PT/OT needs. | 0.2 |
| 9/23/2008 | PCM called and left a message for Dr. Shiener requesting an urgent appointment.  Glynn is having a great deal of problem dealing with his mother's death per Marlow.  She said she would give Dr. Shiener the message. | 0.25 |
| 9/23/2008 | PCM talked with Marlow.  I told him that I had called to make an urgent appointment with Dr. Shiener as well as getting Glynn's program set up at Spectrum.  I told him that I would talk to Rehab and let them know that he will not be back. | 0.25 |
| 9/26/2008 | PCM received a VM from Dr. Shiener for the date for Glynn's appointment.  He asked for a confirm call | 0.1 |
| 9/29/2008 | PCM left a message with Dr. Shiener's office with a confirmation of the appointment.  They will give the message to them and request a call back to me. | 0.25 |
| 9/29/2008 | PCM talked with Marlow.  I told him the date and time of the appointment with Dr. Shiener.  He said that they were going to Spectrum today for counseling.  He said that he had cancelled the transport service since he will be able to take Glynn to all of his appointments.  I told him that I would talk wit Spectrum about their program and also talk with Tracy at TRC.  He did say that they were doing a little better.  He said that they talked for a long time last night. | 0.25 |
| 9/30/2008 | PCM attempted to talk with Tracy at TRC.  She is not in the office.  They will have her call me tomorrow. | 0.25 |
| 9/30/2008 | PCM received a call from Tracy at TRC.  She said that Glynn and Marlow had told her that they wanted to stay with them.  She asked other questions regarding where the order to change had come from.  She did insist that they could provide the vocational services that are needed.  I told he that I would talk with Glynn and Marlow and call her. | 0.3 |
| 10/2/2008 | PCM talked with Marlow at length.  I asked how Glynn really felt about changing therapy providers. He said that since he sees the psychotherapist at Spectrum as well as Dr. Sewick, he wants to go there.  Marlow also said that it was his preference.  Marlow said that he did not want to hurt TRC's feelings because they have helped Glynn and been very nice to them.  I told him that I would arrange anything they wanted and also talk to Tracy at TRC.  He restated that Glynn does want to go to Spectrum for advancing therapies. | 0.5 |
| 10/2/2008 | PCM talked with Tracy and told her that I had talked with Marlow at length and they are choosing to go to Spectrum.  She said they would close the case. | 0.25 |
| 10/2/2008 | PCM talked with Marlow and told him that I had cancelled the TRC therapies and would call Spectr in the morning and get it started. | |
| 10/10/2008 | PCM, Glynn and Marlow attended an appointment with Dr. Belen | 3.75 |

| Date | Note | Hours |
|---|---|---|
| 11/17/2008 | PCM had received a call from Marlow last week regarding the telephone number of Dr. Solomon | |
| | Glynn's PCP.  I told him I would find out.  On Monday, PCM, glen and Marlow attended a | |
| | scheduled appointment with Dr. Emmer.  Marlow said that he talked to Bob at Spectrum about | |
| | Glynn's treatment.  Marlow said that Bob said that it is almost set up for him to start at the local | |
| | Humane Society.  He will be there 2-3 days a week.  He said it is his first step into getting out in | |
| | the community then he will progress from there.  He said that his leg is hurting lately.  They are | |
| | going to get a membership in a gym for exercise and strengthening. | |
| 12/9/2008 | PCM talked with Marlow.  He said that Glynn seems to be doing better.  He is getting out more.  Th | 0.25 |
| | know the upcoming holidays will be very difficult, but are trying to cope. | |
| 12/16/2008 | Case management report completed | 0.5 |
| | | |
| | Total case management hours | |
| | | 7.1 |

Forensic/Medical Case Management
EIN: 36-4510210

37637 Five Mile Rd., #399
Livonia, MI 48154
Phone: 734-591-1826
Fax: 734-591-1836
managedcareplus@comcast.net


**DATE OF INVOICE**: 9/24/08

CLIENT:  Glynn Akins
DATE OF LOSS: 9/04/05

REPORT DATE:  9/18/08
MCP FILE No:  06-1015

CLAIM:  22-K338948
INSURANCE CARRIER: State Farm Insurance Co.
CLAIMS ADJUSTER: Ruth Tuttle
ADDRESS/PHONE: PO Box 2361
                                Bloomington, IL  61702-9738

REFERRAL SOURCE:  Client
REFERRAL DATE: 2/22/06

ATTORNEY:  Nick Andrews, Esq.
PCM:  Cindy Keifer RN, CCM


DIAGNOSE(S): Closed head injury, left hemopneumothorax with chest tube placement, left flail chest ribs 2-8 with fractured ribs 2-10, bilateral tibia and fibular fractures with open fracture on the left with emergency fasciotomy and intramedullary nailing, splenic laceration with emergency laparotomy and splenectomy, left acetabular fracture, scalp laceration, clavicular fracture, intraparenchymal contusions.


### INVOICE FOR PROFESSIONAL CASE MANAGEMENT SERVICES

5/6 thru 9/18/08:   Case Management Services  AR #10 ..........9.9  hrs...................... $ 1089.00

_____

                              **TOTAL NOW DUE:**              **$ 1089.00**


*Please make check payable to:*  ***MANAGED CARE PLUS***

*All fees are due and payable upon receipt of this enclosed requested report and itemized billing.*

*Thank You!*

Billed to SF
9-24-08 (MW)


**Per the Michigan No Fault Law, any claim for personal injury protection benefits which is supported by reasonable proof, is overdue if not paid within 30 days after it is received in your offices.  Interest accrues each day after the 30th day until the date of payment, at a rate of 12% per annum.**

A

| DATE | CASE MANAGEMENT ACTIVITY | BILLABLE HOURS |
|---|---|---|
| 7/2/2008 | PCM received a call from Dr. Belen's office to reschedule Glynn's appointment. | 0.2 |
| 7/2/2008 | PCM talked with Renita and told her that the appointment had been changed to 7-25-08 at 9:00 | 0.25 |
|  | I told her that we could go from Dr. Belen's directly to Dr. Emmer's appointment. |  |
| 7/15/2008 | PCM talked with Renita and told her that Dr. Belen's appointment had to be changed, date given | 0.25 |
| 7/28/2008 | PCM, Glynn and Marlow attended a scheduled appointment with Dr. Emmer. | 4.25 |
| 8/15/2008 | PCM Glynn, and Marlow attended a scheduled appointment with Dr. Belen | 3.75 |
| 8/26/2008 | PCM received word that Glynn's mother had died after having a surgical procedure. He is staying | 0.2 |
|  | with family at this time. I also received message from therapy to that effect. |  |
| 8/26/2008 | PCM talked with Marlow, he said that they were having a lot of trouble with Renita's death since the | 0.25 |
|  | surgery had gone well. An autopsy is being done to determine cause. He said that he and Glynn |  |
|  | went to his psychotherapist today. He will let me know when the arrangements are completed. |  |
| 9/18/2008 | PCM called and talked with Therapeutic Rehab. I explained the insurance's stand and requested th | 0.25 |
|  | they call them to be sure when they needed to progress him to a discharge status. |  |
| 9/18/2008 | Case management report complete | 0.5 |
|  |  |  |
|  | Total case management hours | 9.9 |

Forensic/Medical Case Management
EIN: 36-4510210

37637 Five Mile Rd., #399
Livonia, MI 48154
Phone: 734-591-1826
Fax: 734-591-1836
managedcareplus@comcast.net

**DATE OF INVOICE**: 5/13/08

CLIENT: Glynn Akins
DATE OF LOSS: 9/04/05

REPORT DATE: 5/5/08
MCP FILE No: 06-1015

CLAIM: 22-K338948
INSURANCE CARRIER: State Farm Insurance Co.
CLAIMS ADJUSTER: Ruth Tuttle
ADDRESS/PHONE: PO Box 2361
　　　　　　　Bloomington, IL  61702-9738

REFERRAL SOURCE:  Client
REFERRAL DATE: 2/22/06

ATTORNEY:  Nick Andrews, Esq.
PCM:  Cindy Keifer RN, CCM

DIAGNOSE(S): Closed head injury, left hemopneumothorax with chest tube placement, left flail chest ribs 2-8 with fractured ribs 2-10, bilateral tibia and fibular fractures with open fracture on the left with emergency fasciotomy and intramedullary nailing, splenic laceration with emergency laparotomy and splenectomy, left acetabular fracture, scalp laceration, clavicular fracture, intraparenchymal contusions.

### INVOICE FOR PROFESSIONAL CASE MANAGEMENT SERVICES

2/1 thru 5/5/08:　　Case Management Services　AR #09 ………..12.35 hrs………………….　$ 1358.50

**TOTAL NOW DUE:**　　　$ 1358.50

*Please make check payable to:*　**MANAGED CARE PLUS**

*All fees are due and payable upon receipt of this enclosed requested report and itemized billing.*

*Thank You!*

Belled to SF
5/13/08 (lw)

Per the Michigan No Fault Law, any claim for personal injury protection benefits which is supported by reasonable proof, is overdue if not paid within 30 days after it is received in your offices.  Interest accrues each day after the 30th day until the date of payment, at a rate of 12% per annum.

| DATE | CASE MANAGEMENT ACTIVITY | BILLABLE HOURS |
|---|---|---|
| 2/15/2008 | PCM received a VM regarding a team meeting. I returned the VM | 0.1 |
| 3/14/2008 | PCM, Glynn, and Marlow attended a scheduled appointment with Dr. Belen. | 3.75 |
| 3/19/2008 | PCM scheduled an appointment with Dr. Hoard and talked with Dr. Semen's office. They said that she only saw patients in the acute stages now and Glynn was past that. | 0.25 |
| 3/19/2008 | PCM talked with Renita. I told her what Dr. Semen's office said and she said that the doctor had told them that they could come back to her. I told her to have Glynn ask about it when he was in to see Dr. Hoard since they are in the same office. | 0.25 |
| 3/28/2008 | PCM, Glynn, and Marlow attended a scheduled app0ointment with Dr. Emmer. | 3.5 |
| 4/14/2008 | PCM called and talked with Renita. She said that Glynn continues to attend therapies and do fairly well. He seldom has outbursts. She said that this winter has been hard on his arthritis or whatever it is in his leg. I told her that I would not be coming to the appointment with Dr. Hoard. He will do an x-ray and talk with Glynn and Marlow and let them know if there needs to have something done. | 0.25 |
| 5/2/2008 | PCM, Glynn, and Marlow attended a scheduled appointment with Dr. Belen. | 3.75 |
| 5/5/2008 | case management report completed | 0.5 |
|  | Total case management hours | 12.35 |

**Managed Care Plus**

Forensic/Medical Case Management
EIN: 36-4510210

37637 Five Mile Rd., #399
Livonia, MI 48154
Phone: 734-591-1826
Fax: 734-591-1836
managedcareplus@comcast.net

**DATE OF INVOICE**: 2/1/08

**CLIENT**: Glynn Akins
**DATE OF LOSS**: 9/04/05

**REPORT DATE**: 1/31/08
**MCP FILE No**: 06-1015

**CLAIM**: 22-K338948
**INSURANCE CARRIER**: State Farm Insurance Co.
**CLAIMS ADJUSTER**: Kristina Myslinski
**ADDRESS/PHONE**: PO Box 2361
                          Bloomington, IL  61702-9738

**REFERRAL SOURCE**: Client
**REFERRAL DATE**: 2/22/06

**ATTORNEY**: Nick Andrews, Esq.
**PCM**: Cindy Keifer RN, CCM

**DIAGNOSE(S)**: Closed head injury, left hemopneumothorax with chest tube placement, left flail chest ribs 2-8 with fractured ribs 2-10, bilateral tibia and fibular fractures with open fracture on the left with emergency fasciotomy and intramedullary nailing, splenic laceration with emergency laparotomy and splenectomy, left acetabular fracture, scalp laceration, clavicular fracture, intraparenchymal contusions.

### INVOICE FOR PROFESSIONAL CASE MANAGEMENT SERVICES

11/1 thru 1/31/08:   Case Management Services   AR #08 ...........11.33 hrs.....................  $ 1133.00

_____

                                                   **TOTAL NOW DUE:**          **$ 1133.00**

*Please make check payable to:*  ***MANAGED CARE PLUS***

*All fees are due and payable upon receipt of this enclosed requested report and itemized billing.*

*Thank You!*

Billed to SF
2/1/08 (ew)

**Per the Michigan No Fault Law, any claim for personal injury protection benefits which is supported by reasonable proof, is overdue if not paid within 30 days after it is received in your offices. Interest accrues each day after the 30th day until the date of payment, at a rate of 12% per annum.**

| DATE | CASE MANAGEMENT ACTIVITY | BILLABLE HOURS |
|---|---|---|
| 11/19/2007 | PCM, Glytnn, and Marlow attended a scheduled app9ointment with Dr. Cutler's | 3.75 |
| 11/20/2007 | PCM talked with Tracy at Dr. Sewicks office regarding the neuro-psych completed 4earlier this year | 0.25 |
|  | She said we should have it within a week. |  |
| 11/27/2007 | PCM called and talked Dr. Sewick's office.  I explained that we see Dr. Belen the 30th and he has | 0.25 |
|  | to have the neuro-psych report.  They assured me 5that he would have it. |  |
| 11/27/2007 | PCM requested that MCP Corp. call and see if they can get the evaluation to me or Dr. Belen n. | 0.1 |
| 11/30/2007 | PCM, Glynn, and Marlow attended a scheduled appointment with Dr. Belen.  After that appointmen | 5 |
|  | I traveled to Dr. Emmer's office for Glynn's neuro appointment |  |
| 11/30/2007 | PCM talked with Pat at Dr. Shiener's office regarding his psychological evaluation. | 0.23 |
| 11/30/2007 | PCM left a VM with Tracy at Dr. Sewick's office regarding the neuro-psysch evaluation | 0.1 |
| 12/4/2007 | PCM received Dr. Sewick's neuro-psych evaluation.  Report forwarded to MCP Corporate. | 0.25 |
| 2/5/2007 | PCM received Dr. Shiener's report from MCP Corporate.  Report reviewed. | 0.2 |
| 12/7/2007 | PCM unable to attend the scheduled appointment with Dr.Cuttler.  Glynn and Marlow attended. | 0.2 |
|  | Medical records requested. |  |
| 1/4/2008 | PCM unable to attend the scheduled appointment with Dr. Belen.  I did talk with him to discuss | 0.25 |
|  | status and orders. |  |
| 1/28/2008 | PCM received and reviewed updates from Spectrum Rehab as well as Therapeutic Rehab. | 0.25 |
| 1/31/2008 | Case management report completed | 0.5 |
|  |  |  |
|  | Total case management hours | 11.33 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Forensic/Medical Case Management
EIN: 36-4510210

37637 Five Mile Rd., #399
Livonia, MI 48154
Phone: 734-591-1826
Fax: 734-591-1836
managedcareplus@comcast.net

**DATE OF INVOICE**: 11/13/07

CLIENT: Glynn Akins
DATE OF LOSS: 9/04/05

REPORT DATE: 10/31/07
MCP FILE No: 06-1015

CLAIM: 22-K338948
INSURANCE CARRIER: State Farm Insurance Co.
CLAIMS ADJUSTER: Kristina Myslinski
ADDRESS/PHONE: PO Box 2361
                       Bloomington, IL 61702-9738

REFERRAL SOURCE: Client
REFERRAL DATE: 2/22/06

ATTORNEY: Nick Andrews, Esq.
PCM: Cindy Keifer RN, CCM

DIAGNOSE(S): Closed head injury, left hemopneumothorax with chest tube placement, left flail chest ribs 2-8 with fractured ribs 2-10, bilateral tibia and fibular fractures with open fracture on the left with emergency fasciotomy and intramedullary nailing, splenic laceration with emergency laparotomy and splenectomy, left acetabular fracture, scalp laceration, clavicular fracture, intraparenchymal contusions.

### INVOICE FOR PROFESSIONAL CASE MANAGEMENT SERVICES

9/1 thru 10/31/07:   Case Management Services   AR #07 ...........11.9 hrs...................... $ 1190.00

**TOTAL NOW DUE:**          **$ 1190.00**

*Please make check payable to:*  ***MANAGED CARE PLUS***

*All fees are due and payable upon receipt of this enclosed requested report and itemized billing.*

*Thank You!*

Billed to SF
11-13-07  (MW)

Per the Michigan No Fault Law, any claim for personal injury protection benefits which is supported by reasonable proof, is overdue if not paid within 30 days after it is received in your offices. Interest accrues each day after the 30th day until the date of payment, at a rate of 12% per annum.

| DATE | CASE MANAGEMENT ACTIVITY | BILLABLE HOURS |
|---|---|---|
| 9/7/2007 | PCM, Glynn, and Marlow attended a scheduled appointment with Dr. Belen. He is complaining of increased leg pain. Therapist has sent request for ankle and ankle brace, will address with docto We discussed several issues and then went into the doctors office. | 3.8 |
| 9/7/2007 | PCM booked appointment with dr. Cutler for 9-24-07 at 9:00 at the Southfield office. | 0.25 |
| 9/7/2007 | A message was also left for Dr. Sewick (on his VM) regarding the neuro-psych eval completed in May. | 0.2 |
| 9/7/2007 | PCM called and requested the psychiatric eval from Dr. Shiener. | 0.2 |
| 9/7/2007 | PCM called and talked with Renita. I gave her the appointment time and date for Dr. Cutler. | 0.2 |
| 9/7/2007 | PCM, Glynn and Marlow attended a scheduled appointment with Dr. Belen | 3.75 |
| 9/24/2007 | Glynn and Marlow attended the scheduled appointment with Dr. Cutler. PCM attempted to get ther but was detained by an auto accident blocking traffic on the way there. Dr. Cutler's office called and I requested that they inform Glynn that I would not be able to attend and would call about the results of the appointment. | 1.75 |
| 10/2/2007 | PCM talked with Renita. She said that Dr. Cutler told them that the scope was negative for ulcers or lesions. He instructed to continue the current medication and that it can be increased as needed by Dr. Belen. No further follow up unless there were further problems. She said that the rib therapy is going very well. His pain level has decreased significantly. He continues to attend therapy at Functional Therapy also. She has not made the appointment with Dr. Hoard because he said his pain was improved. I told her that I had talked with Drs. Sewick and Shiener requesting the reports. | 0.25 |
| 10/2/2007 | PCM called and left a VM requesting the office notes from the appointment on 9-7-07 | 0.1 |
| 10/19/2007 | PCM unable to attend appointment with Dr. Belen due to my illness. Discussed and reviewed the office visit with doctor. | 0.25 |
| 10/31/2007 | PCM called and talked with Renita. She said that Dr. Hoard said that his leg was healing well and that he is going to have pain. It should decrease, but it will be fairly constant. He has completed his rib therapy and is no longer having any pain in that area. She said that he continues to throw up at times and his PCP recommended that he see Dr. Cutler again. I told her that I would make the appointment and call her. | 0.25 |
| 10/31/2007 | PCM called and scheduled an appointment with Dr. Cutler for 11-19 at 8:45. | 0.2 |
| 10/31/2007 | PCM called and gave the appointment time and date to Renita. | 0.2 |
| 10/31/2007 | Case management report completed. | 0.5 |
| | | |
| | Total case management hours | 11.9 |
| | | |



**Managed Care Plus**

Forensic/Medical Case Management
EIN: 36-4510210

37637 Five Mile Rd., #399
Livonia, MI 48154
Phone: 734-591-1826
Fax: 734-591-1836
managedcareplus@comcast.net

**DATE OF INVOICE**: 9/10/07

CLIENT: Glynn Akins
DATE OF LOSS: 9/04/05

REPORT DATE: 8/30/07
MCP FILE No: 06-1015

CLAIM: 22-K338948
INSURANCE CARRIER: State Farm Insurance Co.
CLAIMS ADJUSTER: Kristina Myslinski
ADDRESS/PHONE: PO Box 2361
　　　　　　　　 Bloomington, IL  61702-9738

REFERRAL SOURCE:  Client
REFERRAL DATE: 2/22/06

ATTORNEY:  Nick Andrews, Esq.
PCM:  Cindy Keifer RN, CCM

DIAGNOSE(S): Closed head injury, left hemopneumothorax with chest tube placement, left flail chest ribs 2-8 with fractured ribs 2-10, bilateral tibia and fibular fractures with open fracture on the left with emergency fasciotomy and intramedullary nailing, splenic laceration with emergency laparotomy and splenectomy, left acetabular fracture, scalp laceration, clavicular fracture, intraparenchymal contusions.

## INVOICE FOR PROFESSIONAL CASE MANAGEMENT SERVICES

6/1 thru 8/30/07:　Case Management Services  AR #06 ..........15.65 hrs..................... $ 1565.00

**TOTAL NOW DUE:**　　　　$ 1565.00

*Please make check payable to:*  ***MANAGED CARE PLUS***

*All fees are due and payable upon receipt of this enclosed requested report and itemized billing.*

*Thank You!*

Billed do SF
9-10-07

Per the Michigan No Fault Law, any claim for personal injury protection benefits which is supported by reasonable proof, is overdue if not paid within 30 days after it is received in your offices.  Interest accrues each day after the 30th day until the date of payment, at a rate of 12% per annum.

| DATE | CASE MANAGEMENT ACTIVITY | BILLABLE HOURS |
|---|---|---|
| 6/7/2007 | PCM talked with Renuita reminding her about Glynn's appointment with Dr. Belen. | 0.2 |
| 6/8/2007 | PCM, Glynn, and his father attended a scheduled appointment with Dr. Belen. He is interested in | 3.75 |
| | taking a computer classes and then electrical. He said his typing skills are really coming along. | |
| | He said that the wanted him to attend a summer camp as a "counselor/mentor/role model" but | |
| | he said that he doesn't have time due to therapies and other activities. He says he has been | |
| | throwing up daily. Dr. Emmer wrote a consult for Dr. Allan Cutler, PCM to make appointment asap | |
| 6/8/2007 | PCM called and scheduled a evaluation appointment with Dr. Cutlers office. It is 6-18-07 at 9:15. | 0.25 |
| 6/8/2007 | PCM called Therapeutic Rehab Center to set up a team meeting and to find out the name of the | 0.2 |
| | person at Ann Arbor that will work with Glynn's rib pain. They are going to call me back regarding | |
| | both issues. | |
| 6/8/2007 | PCM called St Joseph Mercy Rehab to set up an evaluation with the thoracic/rib specialist. | 0.5 |
| | Demographic information as well as insurance information was given. They will need a new script | |
| | from Dr. Belen the week of the 16th ordering eval and 6 treatments if needed so that they can book | |
| | time for him. Appointments scheduled for 9:00 on Fridays and Mondays as requested by his | |
| | father. | |
| 6/8/2007 | PCM called and talked with Renita about upcoming appointments. I listed all of the upcoming | 0.25 |
| | appointments for her so that they could put them on the calendar. | |
| 6/8/2007 | PCM called and left a VM with Tracy at Dr. See wick's office requesting a call back regarding the | 0.1 |
| | neuro-psych results. | |
| 6/14/2007 | PCM received VM from Spectrum requesting call back to discuss Glynn's progress and plan of | |
| | care. Will follow up. | |
| 6/19/2007 | PCM, Glynn, and Marlow attended a scheduled appointment with Dr. Cutler for his complaint of | 4 |
| | nausea and vomiting. It was decided that he will schedule a scope as well as start him on | |
| 6/18/2007 | Tag met | |
| 6/18/2007 | PCM talked with Arlene, psychotherapist. She said that she is decreasing her treatment for Glynn | 0.3 |
| | to once a week. She said that his biggest frustration is not being able to do things with the friends | |
| | he is making a group or even go on a date. I asked if she had seen Dr Sewick's neuro-psych repor | |
| | she said that the testing is done but it has not been dictated. I told her I would talk to all involved | |
| | parties about the attendant care as well as having an evaluation done by Dr. Shiener. | |
| 7/9/2007 | PCM called Dr .Belen's office and requested that a new script be sent for the rib therapy eval and | 0.25 |
| | treatment we had discussed at the last appointment. The therapist needed a current script in order | |
| | to do the evaluation and needed treatment. They will fax the script to the center. | |
| 7/9/2007 | PCM left VM for Dr. Sea wick's office requesting call back regarding neuro-psych completed in April | 0.1 |
| 7/18/2007 | PCM left VM for Dr Cutler regarding the scheduling of the upper endoscopy that they were to set up | |

| Date | Description | Hours |
|---|---|---|
| | post visit on 6-18. | 0.1 |
| 7/18/2007 | PCM talked with Tracy at Dr.Sewick's office.  She said that she had seen Glynn's report on the | 0.25 |
| | doctors desk but did not think it was completed.  She will put a note on it requesting it for the 9am | |
| | appointment with Dr. Belen. | |
| 7/20/2007 | PCM, Glynn, and Marlow attended a scheduled appointment with Dr Belen.  I told Glynn that I had | 3.75 |
| | talked to Dr. Cutler's office and they said they had left messages for him as well as talking with | |
| | Renita.  I gave them Dr. Cutlers number so they could set up the endoscopy. | |
| 8/7/2007 | PCM talked with Functional Recovery and we set up a team conference for 9-6 at 4pm. | 0.2 |
| 8/7/2007 | PCM talked with Renuita about Glynn's appointment with Dr. Cuttler.  She said he gave him | 0.25 |
| | some medication and they are to book an appointment.  She said that the appointment for Dr. | |
| | Emmer was changed to this Thursday.  I told her that I would not be able to attend.  She will call | |
| | with a report.  She said that Glynn has been throwing up daily and that the doctor gave him medica | |
| 8/13/2007 | PCM left VM for Tracy at Dr. Sewick's office regarding the neuro-psych results. | 0.1 |
| 8/17/2007 | PCM left VM for Tracy at Dr. Sewick's office regarding the neuro-psych results. | 0.1 |
| 8/20/2007 | PCM left VM for Tracy at Dr. Sewick's office regarding the neuro-psych results. | 0.1 |
| 8/20/2007 | PCM talked with Dr. Shiener's office.  They said that the evaluation report has not been completed. | 0.2 |
| 8/30/2007 | PCM left VMs at Dr. Shiener's office and withDr. Sewick's office requesting evaluation results. | 0.2 |
| 8/30/2007 | Case management report completed | 0.5 |
| | | |
| | Total case management hours | 15.65 |

## Managed Care Plus

Forensic/Medical Case Management
EIN: 36-4510210

37637 Five Mile Rd., #399
Livonia, MI 48154
Phone: 734-591-1826
Fax: 734-591-1836
managedcareplus@comcast.net

**DATE OF INVOICE:** 5/31/07

**CLIENT:** Glynn Akins
**DATE OF LOSS:** 9/04/05

**REPORT DATE:** 5/31/07
**MCP FILE No:** 06-1015

**CLAIM:** 22-K338948
**INSURANCE CARRIER:** State Farm Insurance Co.
**CLAIMS ADJUSTER:** Kristina Myslinski
**ADDRESS/PHONE:** PO Box 2361
　　　　　　　　　Bloomington, IL 61702-9738

**REFERRAL SOURCE:** Client
**REFERRAL DATE:** 2/22/06

**ATTORNEY:** Nick Andrews, Esq.
**PCM:** Cindy Keifer RN, CM

**DIAGNOSE(S):** Closed head injury, left hemopneumothorax with chest tube placement, left flail chest ribs 2-8 with fractured ribs 2-10, bilateral tibia and fibular fractures with open fracture on the left with emergency fasciotomy and intramedullary nailing, splenic laceration with emergency laparotomy and splenectomy, left acetabular fracture, scalp laceration, clavicular fracture, intraparenchymal contusions.

### INVOICE FOR PROFESSIONAL CASE MANAGEMENT SERVICES

2/8 thru 5/31/07:　Case Management Services　AR #05 ..........6.35 hrs..................... $ 571.50

**TOTAL NOW DUE:**　$ 571.50

*Please make check payable to:* ***MANAGED CARE PLUS***

*All fees are due and payable upon receipt of this enclosed requested report and itemized billing.*

*Thank You!*

Billed to St. Far
5/31/07 (hw)

Per the Michigan No Fault Law, any claim for personal injury protection benefits which is supported by reasonable proof, is overdue if not paid within 30 days after it is received in your offices. Interest accrues each day after the 30th day until the date of payment, at a rate of 12% per annum.

Client Name:Akins, Glynn
MCP #06-1015
Case Mgr:Cindy Keifer RN

| DATE | CASE MANAGEMENT ACTIVITY | BILLABLE HOURS |
|---|---|---|
| 3/14/2007 | PCM talked with Renuita. She said that Glynn was doing well. He continues to participate in therapy as well as group. He continues to like the therapies and works hard. She said that he does express the desire to be more independent. | 0.25 |
| 4/4/2007 | PCM, Glynn and his parents attended a team conference with Therapeutic Rehab. | 4 |
| 4/12/2007 | PCM left VM to remind Glynn of the neuro-psych eval with Dr. Sewick as well as the appointment with Dr. Emmer. I explained that I will not be able to attend that appointment. | 0.1 |
| 4/16/2007 | PCM requested office notes from Dr. Emmer. Medical record release sent. | 0.25 |
| 5/11/2007 | PCM received a VM from Renuita stating that Glynn had an appointment with Dr. Hoard that morning. She apologized for such short notice, but said that he was having increased pain in his leg and they gave him an urgent appointment. I talked with her later that day and she said that Dr. Hoard want Glynn to attend an appointment at the Siani/Grace Pain Clinic. She said that I would make the appointment so that I could attend. | 0.25 |
| 5/14/2007 | PCM called and scheduled an appointment with the Pain Clinic for 5-30-07 at 11:00. I called Renuita to give her the day and time. | 0.25 |
| 5/14/2007 | PCM called Dr. Hoard's office and requested the office notes since 3-1-07. Medical record release sent. | 0.25 |
| 5/15/2007 | PCM received and reviewed the office notes and reports from Dr. Hoard. | 0.25 |
| 5/30/2007 | PCM received call from Renuita stating that the Pain Clinic had called to cancel the appointment stating that they needed more of the previous medical records. I asked if I could get them for her and she said that she has already arranged for them to be sent. She will let me know when the appointment can be scheduled. | 0.25 |
| 5/31/2007 | Case management report completed. | 0.5 |
| | Total case management hours | 6.35 |

**Managed Care Plus**

Forensic/Medical Case Management
EIN: 36-4510210

37637 Five Mile Rd., #399
Livonia, MI 48154
Phone: 734-591-1826
Fax: 734-591-1836
managedcareplus@comcast.net

**DATE OF INVOICE**: 2/7/07

CLIENT: Glynn Akins
DATE OF LOSS: 9/04/05

REPORT DATE: 2/3/07
MCP FILE No: 06-1015

CLAIM: 22-K338948
INSURANCE CARRIER: State Farm Insurance Co.
CLAIMS ADJUSTER: Kristina Myslinski
ADDRESS/PHONE: PO Box 2361
                        Bloomington, IL  61702-9738

REFERRAL SOURCE: Client
REFERRAL DATE: 2/22/06

ATTORNEY: Nick Andrews, Esq.
PCM: Cindy Keifer RN, CM

DIAGNOSE(S): Closed head injury, left hemopneumothorax with chest tube placement, left flail chest ribs 2-8 with fractured ribs 2-10, bilateral tibia and fibular fractures with open fracture on the left with emergency fasciotomy and intramedullary nailing, splenic laceration with emergency laparotomy and splenectomy, left acetabular fracture, scalp laceration, clavicular fracture, intraparenchymal contusions.

### INVOICE FOR PROFESSIONAL CASE MANAGEMENT SERVICES

11/18 thru 2/7/07:   Case Management Services   AR #04 ...........14.05 hrs...................... $ 1264.50

**TOTAL NOW DUE:**          **$ 1264.50**

NEW MAILING ADDRESS!!
**Managed Care Plus**
**37637 Five Mile Rd.,  Suite 399**
**Livonia, MI  48154**

*Please make check payable to:  **MANAGED CARE PLUS***

*All fees are due and payable upon receipt of this enclosed requested report and itemized billing.*

*Thank You!*

Billed to St. Farr
2-7-07

Per the Michigan No Fault Law, any claim for personal injury protection benefits which is supported by reasonable proof, is overdue if not paid within 30 days after it is received in your offices.  Interest accrues each day after the 30th day until the date of payment, at a rate of 12% per annum.

Client Name:Akins, Glynn
MCP #06-1015
Case Mgr:Cindy Keifer RN

| DATE | CASE MANAGEMENT ACTIVITY | BILLABLE HOURS |
|---|---|---|
| 11/14/2006 | Received case from Maria Zott RN, CM | |
| 11/20/2006 | PCM attempted to reach Glynn or family.  Will try again | 0.1 |
| 11/22/2006 | PCM attempted to reach Glynn or family.  Will try again | 0.1 |
| 11/27/2006 | PCM called and talked with Renita, Glynn's mother to introduce self.  She said that the next | |
| | appointment was with Dr. Hoard on 12-15-06.  She also said that everything was going ok. | |
| 12/8/2006 | PCM talked with Renita about appointment with Therapeutic Rehab on the 11th.  Address and | 0.25 |
| | phone number given.  Will do introductions at that appointment. | |
| 12/11/2006 | PCM, Glynn, and his parents attended a meeting with Tracy at Therapeutic Rehab Center. | 4.25 |
| | She explained their services and programs, transportation issues, and initial evaluations. | |
| 12/15/2006 | PCM, Glenn, and father attended a scheduled appointment with Michael Smith PA. | 3.75 |
| 12/27/2006 | PCM talked with Tracy at Therapeutic Rehab.  She said that Glynn will be attending a group | 0.25 |
| | meeting and that she would set up the initial transportation for it. | |
| 1/2/2007 | PCM attempted to reach Glynn or family.  Will try again | 0.1 |
| 1/18/2007 | PCM called and reminded Renita about the appointment with Dr. Belen on the 19th. | 0.25 |
| 1/19/2007 | PCM, Glynn, and his father attended an appointment with Dr. Belen. | 3.75 |
| 1/19/2007 | PCM talked with  Tracy and told her that she could set up transportation with Reddi-Ride. | 0.25 |
| | She felt that since the schedule maybe changing for a couple of weeks, it would be better | |
| | if they set it up. | |
| 1/26/2007 | PCM called and told Renita that I would not be able to attend Dr. Hoard's appointment today. | 0.25 |
| 2/2/2007 | PCM called and requested office from Dr. Belen and Dr Hoard's last appointments | 0.25 |
| 2/3/2007 | Case management report completed | 0.5 |
| | | |
| | Total case management hours | 14.05 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Managed Care Plus**

Forensic/Medical Case Management
EIN: 36-4510210

P.O. Box 510780
Livonia, MI 48151-6780
Phone: 734-591-1826
Fax: 734-591-1836
managedcareplus@comcast.net

**DATE OF INVOICE**: 11/27/06

CLIENT:  Glynn Akins
DATE OF LOSS:  9/04/05

REPORT DATE:  11/17/06
MCP FILE No:  06-1015

CLAIM:  22-K338948
INSURANCE CARRIER: State Farm Insurance Co.
CLAIMS ADJUSTER: Kristina Myslinski
ADDRESS/PHONE: PO Box 2361
                        Bloomington, IL  61702-9738

REFERRAL SOURCE:  Client
REFERRAL DATE: 2/22/06

ATTORNEY:  Nick Andrews, Esq.
PCM:  Maria Zott, RN, BSN

DIAGNOSE(S): Closed head injury, left hemopneumothorax with chest tube placement, left flail chest ribs 2-8 with fractured ribs 2-10, bilateral tibia and fibular fractures with open fracture on the left with emergency fasciotomy and intramedullary nailing, splenic laceration with emergency laparotomy and splenectomy, left acetabular fracture, scalp laceration, clavicular fracture, intraparenchymal contusions.

## INVOICE FOR PROFESSIONAL CASE MANAGEMENT SERVICES

8/17 thru 11/17/06:   Case Management Services   AR #03 ...........12.5 hrs..................... $ 1125.00

**TOTAL NOW DUE:**          **$ 1125.00**

*Please make check payable to:*  **MANAGED CARE PLUS**

*All fees are due and payable upon receipt of this enclosed requested report and itemized billing.*

*Thank You!*

Billed to St. Far
11-27-06  (MW)

Per the Michigan No Fault Law, any claim for personal injury protection benefits which is supported by reasonable proof, is overdue if not paid within 30 days after it is received in your offices. Interest accrues each day after the 30th day until the date of payment, at a rate of 12% per annum.

| DATE | CASE MANAGEMENT ACTIVITY | BILLABLE |
|---|---|---|
| 25-Aug | Orthopedic appointment at Dr. Hoard's office for Glynn.  See CM report. Dr. report asked for received and sent to PIP Carrier. | 0 / 0.25 |
| 1-Sep | Dr. Belen PM&R appointment.  See CM Report.  Dr. report asked for, received and sent to PIP Carrier. | 0 / 3.25 |
| 12-Sep | Glynn saw Dr. Seman regarding rib pain, and chest xray perfomed. | 0 |
| 14-Sep | Communication with Renita (Glynn's mom) regarding Glynn's surgery that Ortho ordered. | 0 / 0.25 |
| 19-Sep | Dr. Seman, Trauma appointment.  See CM Report.  Dr. report asked for, received and sent to PIP Carrier. | 0 / 3.5 |
| 2-Sep | Glynn attended Vocational Specialist appointment. | 0 |
| 29-Sep | Glynn had orthopedic surgery on right leg. | 0 |
| 4-Oct | Communication with Renita (Glynn's mom) regarding Glynn's surgery that took place to see how he is recovering. Ortho will see him in 2 weeks. | 0.25 |
| 20-Oct | Dr. Belen PM&R appointment.  See CM Report.  Dr. report asked for, received and sent to PIP Carrier. | 0 / 0 |
| 23-Oct | Dr. Hoard post op appointment, removed stitches.  Report pending. | 0 |
| 30-Oct | Dr. William Solomon, Family Practice appointment for vaccinations due to Spleenectomy history with accident. Communication with Renita before and after appointment and with Dr. office before and after appointment. First appointment with Dr. Solomon, so medical records sent by CM. | 0 / 0 / 0 / 0.75 |
| 10-Nov | Dr. Hoard appointment.  CM unable to attend due to maternity leave. Communication with Renita (Glynn's mom) regarding this appointment. Report pending.  Discussed Glynn and needs daily rehab, depressed. | 0 / 0.25 |
| 10-Nov | Spoke to Dr. Shiener, Psychiatrist office for appointment, Glynn depressed and getting worse.  Dr. to call back with appt. next week, not in. | 0.25 |
| 10-Nov | Left message on Arlene Karrel's voice mail to call CM back. | 0 |
| 13-Nov | Spoke with Arlene Karrell, Glynn's psychotherapist, regarding depression. Fax received from Arlene Karrell. | 0 / 0.5 |
| 13-Nov | Began setting up Daily Outpatient Rehabilitation, and Cognitive Remed. Faxed information to Therapeutic Rehab. Center | 0.5 / 0.25 |
| 14-Nov | Dr. Seman, Trauma appointment.  Report pending, phone call to Renita regarding this appointment. | 0 / 0.25 |
| 14-Nov | Communication with Renita regarding CM maternity leave, and new case manager to take over.  Communication with new case manager regarding pending dr. appointment with Dr. Belen on Dec.1, and report given. | 0 / 0 / 0.75 |
| 11/17/2006 | Report repared, organized, written and copied. | 1.5 |

|  | **Total Hours:** | **12.5** |

Forensic/Medical Case Management
EIN: 36-4510210

P.O. Box 510780
Livonia, MI 48151-6780
Phone: 734-591-1826
Fax: 734-591-1836
managedcareplus@comcast.net

**DATE OF INVOICE:** 8/24/06

CLIENT: Glynn Akins
DATE OF LOSS: 9/04/05

REPORT DATE: 8/16/06
MCP FILE No: 06-1015

CLAIM: 22-K338948
INSURANCE CARRIER: State Farm Insurance Co.
CLAIMS ADJUSTER: Kristina Myslinski
ADDRESS/PHONE: PO Box 2361
                        Bloomington, IL  61702-9738

REFERRAL SOURCE: Client
REFERRAL DATE: 2/22/06

ATTORNEY: Nick Andrews, Esq.
PCM: Maria Zott, RN, BSN

DIAGNOSE(S): Closed head injury, left hemopneumothorax with chest tube placement, left flail chest ribs 2-8 with fractured ribs 2-10, bilateral tibia and fibular fractures with open fracture on the left with emergency fasciotomy and intramedullary nailing, splenic laceration with emergency laparotomy and splenectomy, left acetabular fracture, scalp laceration, clavicular fracture, intraparenchymal contusions.

## INVOICE FOR PROFESSIONAL CASE MANAGEMENT SERVICES

4/12 thru 8/16/06:   Case Management Services   AR #02 ...........29.25 hrs......................   $2632.50

---

**TOTAL NOW DUE:**          $ 2632.50

*Please make check payable to:* ***MANAGED CARE PLUS***

*All fees are due and payable upon receipt of this enclosed requested report and itemized billing.*

*Thank You!*

Billed to St Farm
8/24/06

Per the Michigan No Fault Law, any claim for personal injury protection benefits which is supported by reasonable proof, is overdue if not paid within 30 days after it is received in your offices.  Interest accrues each day after the 30th day until the date of payment, at a rate of 12% per annum.

**Client Name:  Glynn Akins**
**Dates:  4/12/06-8/16/06**
**Case Manager, Maria Zott, RN, BSN**

| DATE | CASE MANAGEMENT ACTIVITY | BILLABLE |
|------|--------------------------|----------|
| 14-Apr | Communication with mom, Renita, to update on Trauma appt. with Dr. Seman, vision new symptoms, CT Scan needed. | NC |
| 24-Apr | Dr. Jack Belen, PM&R appt., Refer to Dermatologist for hair loss | 0 |
| | since head injury, Neuroopthamology Consult, 24 hour Supervision, | 0 |
| | Home Chore Replacement, Medical Transportation, Case Manager. | 0 |
| | Report sent to State Farm.  Also Dr. Belen wants Dr. Blasier called | 0 |
| | for increase in Rt leg pain since screw removed. | 3 |
| 24-Apr | Multiple communications with Dr. Blasier, Renita, Glynn. Cancelled | 0 |
| | Arlene Carol, Psychotherapist, appt. tomorrow R/T leg pain, and | 0 |
| | rescheduled.  Dr. Blasier sent him to ER to R/O Compartment | 0 |
| | Syndrome. Discussed mileage and attendant care forms with mom. | 0 |
| | Mom, no drug card, called State Farm Ins.. PC (phone call) to Dr. | 0 |
| | Sewick's office regarding needing report from NP Eval., PC to Kresge | 0 |
| | Eye Institute to set up appt.. Cancelled PT for tomorrow/leg pain. | 1.5 |
| 4/27/2006 | Communication with State Farm re: Drug Card set up and need for | 0 |
| | transportation to counselor approved. PC to Renita. | 0.25 |
| | Set up PT, OT, ST, after speaking with Dr. Belen.  Will get order. | 0.5 |
| 5/1/2006 | Communication with Providence Rehab for set up of Therapies and | 0 |
| | Transportation. Counselor set up again and communication to Renita. | 0.25 |
| 5/2/2006 | Communication with Renita.  Dad, Marlo will take Glynn to | 0 |
| | counseling. | 0 |
| 5/4/2006 | Communication with Renita re: Glynn's leg, wasn't Compartment | 0 |
| | Syndrome. Is feeling better each day.  Will set up Neurology to check | 0 |
| | leg.  Discussed mood swings, will set up psychiatry. | 0.25 |
| 5/8/2006 | Attended Dr. Blasier, Orthopaedic appt. CM did not attend. | 0 |
| | Report sent to State Farm. | 0 |
| 5/9/2006 | Appointment, Dr. Seman, Trauma follow up.  CT Scan negative for | 0 |
| | abscess, continue Zantac OTC. N/V decreased, abd. Pain gone.  Set | 0 |
| | appt. in 1 month. Report sent to State Farm.  Long wait. | 3.5 |
| 5/19/2006 | Dr. Emmer, neurology set for 5/22/06.  Dr. Shiener, psychiarist set | 0 |
| | for June 8, 2006.  PC to Renita about appts. | 0.5 |
| 5/24/2006 | Communication with Arlene, Psychotherapist Re: how Glynn wants | 0 |
| | supervised outings with a friend to get out a little.  She got Dr. | 0 |
| | Sewick's permission for this adult supervised activity to help Glynn. | 0 |
| | Arlene will discuss safety plan with him. | 0.25 |
| 6/1/2006 | Appointment with Dr. Belen, Physiatry, EMG done and will be sent | 0 |
| | to Dr. Emmer, Neurology.  August appt. set for follow up with Emmer. | 0 |
| | Orders obtained for Lift for shoe, Case Manager, Continue PT, OT, ST | 0 |
| | and psychotherapy.  24hr. Supervision, Transportation. | 3 |
| 6/6/2006 | Attended Dr. Seman appt. Report sent to State Farm.  Ordered to | 0 |
| | take Zantac until July 15, see Dr. Seman again on Aug. 1.  Long wait. | 3.75 |
| 6/8/2006 | Glynn goes to Dr. Shiener, Psychiatrist for Evaluation. Report | 0 |
| | pending. | 0 |
| 6/12/2006 | Dr. VanStavern, Neuroopthamology, Kresge Eye Inst. Appt.  Report | 0 |

| Date | Description | Hours |
|---|---|---|
| | sent to State Farm.  Faxed Dr. Sewick NP Eval. to Dr. VanStavern. | 3.25 |
| 6/12/2006 | Faxed NP eval to Dr. Belen | 0 |
| 6/19/2006 | Communication to Providence, PT, OT, ST, and messages left for updates. | 0 |
| | | 0 |
| 6/19/2006 | Orthopedic Appt. scheduled for today, CM went. Client not there. Called Renita, and she apologized for not letting me know that the office called her and changed the appt.  Transportation only. | 0 |
| | | 0 |
| | | 2 |
| 6/21/2006 | Amy, Speech Therapist faxed her closing evaluation.  Sent to State Farm. | 0 |
| | | NC |
| 7/5/2006 | Spoke with  Providence Therapy Program about FIT Program, for exercise after discharge of therapies.  Called Renita and they are very interested Glynn is stiff and more pain without it. | 0 |
| | | 0 |
| | | 0.25 |
| 7/7/2006 | They went and paid for FIT Program. | 0 |
| 7/14/2006 | Attended appointment with Dr. Belen, PM&R.  Report sent to State Farm.  Cancel FIT and go to Health Club in Water, Vocational Rehab. | 0 |
| | | 3 |
| 7/17/2006 | Communication with FIT Program to Cancel.  Communication with Renita to confirm, and they will join Bali's for pool.  Also reminder for them to take Glynn for shoe lift.  Appt. made, and they said they will take him. | 0 |
| | | 0 |
| | | 0 |
| | | 0.25 |
| 7/31/2006 | Left message at Dr. Robert Ancell and Associates for Vocational Rehabilitation.  Communication also with Renita about this and that they need to reschedule shoe lift fitting since they cancelled it. | 0 |
| | | 0 |
| | | 0.25 |
| 8/1/2006 | Called because Ortho appt. and Trauma appts. Cancelled by clinic at Sinai.  They are out of power.  Call next week to reschedule. | 0 |
| | | 0 |
| 8/2/2006 | Robert Ancell's office called back, appt. set for Sept. 2, and called Renita to tell her the appt. date, time, address.  Asked about Bali's they have not used it yet.  If a problem, will go back to FIT. | 0 |
| | | 0 |
| | | 0.25 |
| 8/11/2006 | Rescheduled appts. For ortho and trauma, called Renita. | 0.25 |
| 8/15/2006 | Attended appointment with Dr. Emmer.  CT of Brain ordered, needs Dr. Belen EMG results.  Meds ordered.  See CM Report.  Dr. Emmer report pending. | 0 |
| | | 0 |
| | | 3 |
| 8/16/2006 | Renita called needing Progressive called for 2 new meds.  Called. Also called Wright and Philipas regarding shoes lift order.  They will accept a copy of the order. | 0 |
| | | 0 |
| | | NC |
| | **Total # of Hours:** | **29.25** |

Forensic/Medical Case Management                    P.O. Box 510780
EIN: 36-4510210                                     Livonia, MI 48151-6780
                                                    Phone: 734-591-1826
                                                    Fax: 734-591-1836
                                                    managedcareplus@comcast.net


**DATE OF INVOICE:** 5/22/06

CLIENT:  Glynn Akins                                REPORT DATE:  4/11/06
DATE OF LOSS:  9/04/05                              MCP FILE No:  06-1015

CLAIM:  22-K338948                                  REFERRAL SOURCE:  Client
INSURANCE CARRIER: State Farm Insurance Co.         REFERRAL DATE: 2/22/06
CLAIMS ADJUSTER: Jane Sleight
ADDRESS/PHONE: PO Box 2361                           ATTORNEY:  Nick Andrews, Esq.
               Bloomington, IL  61702-9738          PCM:  Maria Zott, RN, BSN


DIAGNOSE(S): Closed head injury, left hemopneumothorax with chest tube placement, left flail chest ribs 2-8 with fractured ribs 2-10, bilateral tibia and fibular fractures with open fracture on the left with emergency fasciotomy and intramedullary nailing, splenic laceration with emergency laparotomy and splenectomy, left acetabular fracture, scalp laceration, clavicular fracture, intraparenchymal contusions.


### INVOICE FOR PROFESSIONAL CASE MANAGEMENT SERVICES


2/22 thru 4/11/06:   Case Management Services   #01...................18.25 hrs..................... $1642.50

---

                         **TOTAL NOW DUE:**            **$1642.50**


*Please make check payable to:*  **MANAGED CARE PLUS**

*All fees are due and payable upon receipt of this enclosed requested report and itemized billing.*

*Thank You!*

Billed to St. Fm
5/22/06 MZ

**Per the Michigan No Fault Law, any claim for personal injury protection benefits which is supported by reasonable proof, is overdue if not paid within 30 days after it is received in your offices.  Interest accrues each day after the 30th day until the date of payment, at a rate of 12% per annum.**

**Managed Care Plus**
**Client Name: Glynn Akin**
**Date: 2/22/06 through 4/11/06**
**Case Manager: Maria Zott RN, BSN**

| DATE | CASE MANAGEMENT ACTIVITY | BILLABLE |
|---|---|---|
| 22-Feb | Initial referral received and phone call to Renita Akins, mom, no answer. | 0 |
| 23-Feb | Phone Call to Renita Akins, no answer, no message machine. | 0 |
| 24-Feb | Attempted contact with mom again, and no success, so left message | 0 |
| | with Dad, Marlo McClain. PC to Renita later, and answered. Appointment | 0 |
| | for home Initial Case Manager Evaluation made for 3/3/06. Also, made | 0 |
| | aware of CM Role, and confirmed PT is on M, W, and Th. And PMR appt. | 0.25 |
| 2-Mar | Received some Rehab notes, and PC to Renita to confirm appt. tomorrow. | 0 |
| | Read over notes. | 0.25 |
| 3-Mar | CM Initial Evaluation done at Renita and Glynn's home. See report | 0 |
| | summary. | 3.75 |
| 9-Mar | Typed and faxed request/medical release to Sinai-Grace for med. | 0 |
| | documents. | 0 |
| 13-Mar | PC to Dr. Shiener's office for NP Eval. Appt. and left message. | 0 |
| 14-Mar | Afternoon PC from Dr. Shiener's office, and appt. made for 3/27 at 3:30. | 0 |
| | PC to Renita Akins, and no answer. Left message with Marlo about appt. | 0.5 |
| 14-Mar | PC from Renita, and this appt. won't work, Marlo works afternoon shift and | 0 |
| | he is only transportation for Glynn. Mom has Multiple Sclerosis. PC | 0 |
| | to Dr. Shiener's office and message left to change appt. | 0 |
| | PC to Sinai-Grace, and no medical records sent yet, refax release. | 0.5 |
| 17-Mar | PC to dietician, and appt. set for 3/24/06 at 9am. | 0 |
| | Attended Dr. Jack Belen, PMR, office visit with Glynn and Marlo. Ordered | 0 |
| | Psychiatry and Neuropsych Testing Battery. See Ortho Dr. R. Blasier. | 0 |
| | See report summary. | 3.75 |
| | PC to Dr.Sewick's office for NP Testing battery, and after will refer to | 0 |
| | psychiatry or neurology. Dr. B. Sewick, will do NP Eval on 3/3 and 4/1/06. | 0 |
| | Communication with Renita about updates. Thankful. | 0 |
| 27-Mar | Attended Dr. Ralph Blasier, Orthopedic appt., and saw his partner, Dr. | 0 |
| | Horten, who ordered X-Ray, and we had a long wait. He then ordered | 0 |
| | Surgery for removal of Right leg hardware screw from surgery after accident. | 0 |
| | Surgical Date scheduled for April 13. Also recommended follow up appt. | 0 |
| | with Dr. Seman, Trauma Specialist, for L Rib Pain, and immunization | 0 |
| | questions, and for L sided numbness still. See report summary. | 3.75 |
| 28-Mar | Communication with Renita about updates. Also, Glynn still c/o jaw pain. | 0 |
| | Renita will call their dentist about this. Communication with Dietician | 0 |
| | to reschedule appt. for April 3, PC to Renita again. | 0.25 |
| 3/30-4/01 | Glynn attended NP Eval | 0 |
| 3-Apr | Glynn and Marlo attended Dietician appt. CM communication with dietician | 0 |
| | and consultation went well. See report summary. | 0 |
| 11-Apr | Attended Dr. Seman, Trauma appt. with Glynn and Marlo at Sinai | 0 |
| | Outpatient Clinic for Rib Pain, numbness, immunizations, and also | 0 |
| | CM mentioned his nausea/vomiting/wt loss, so orders for CT Scan. See | 0 |
| | report summary. Long wait. | 3.75 |
| 11-Apr | Report preparation, organized, copied and written. | 1.5 |
| | **Total Hours:** | **18.25** |