UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLYNN D. AKINS,

      Plaintiff,

                                Civil Action No. 10-CV-12755
vs.                              HON. MARK A. GOLDSMITH

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

_____/

## ORDER DIRECTING SUPPLEMENTAL BRIEFING CONCERNING PENDING MOTIONS TO DISMISS

At a hearing held on January 13, 2011 regarding Defendant's motion to dismiss (D.E. 6), the Court informed the parties that it would require additional briefing on the motion. The parties are hereby ordered to submit supplemental briefs addressing Plaintiff's theory of bad faith breach of voluntarily assumed fiduciary duties, including any authority addressing this theory under Michigan law or the law of other jurisdictions. Plaintiff's supplemental brief is due Monday, January 24, 2011. Defendant's responding supplemental brief is due Thursday, February 3, 2011. The briefs are to be no longer than 7 pages.

      SO ORDERED.

Dated: January 14, 2011             s/Mark A. Goldsmith
      Flint, Michigan            MARK A. GOLDSMITH
                           United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 14, 2011.

                           s/Deborah J. Goltz
                           DEBORAH J. GOLTZ
                           Case Manager